

Entered on Docket
July 12, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Chapter 13 |
| JUANA GRANADOS | BKS-10-18760-MKN |
| JOSE ZEPEDA | |
| | Hearing Date: N/A |
| Debtors | Hearing Time: N/A |
| **PRO SE DEBTOR** | |
| **Attorney for Debtors** | |

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

forty-five (45) day period, which expired on March 13, 2010.

. . .

. . .

. . .

1. **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

2. **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: July 07, 2010
(tsw)